E-filed:   8/26/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAREN DAVID-STAGG, | No. CV-05-02333 RMW |
| Plaintiff, | ORDER DISMISSING CASE WITH PREJUDICE |
| v. | **[Docket No. 30]** |
| L. MARTINEZ, EARTHSEA MANAGEMENT, INC. dba REAL MUSIC, INC., TERENCE YALLOP, KAREN KAEL, PAUL STAVRAND, FRAN NELSON, and JOHN M. MANN | |
| Defendants. | |

On November 3, 2005, the court granted the defendants' motions to dismiss Ms. David-Stagg's complaint. *See* Docket No. 27. The court granted Ms. David-Stagg leave to amend, and then granted her request for additional time to file an amended complaint. *See* Docket No. 30. Ms. David-Stagg's amended complaint was due on January 23, 2006. *Id.* She did not file an amended complaint by the deadline, and has not filed anything in the past two and a half years.

Accordingly, this case is dismissed without prejudice for failure to diligently prosecute.

DATED:     8/26/2008

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DISMISSING CASE WITH PREJUDICE—05-02333 RMW
TSF                                                                1

**THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WAS PROVIDED TO:**

**Plaintiff:**

Karin David-Stagg
c/o 1840 41st Avenue
#102-288
Capitola, CA 95010

**Counsel for Defendants:**

Jay R. Weill                           jay.weill@usdoj.gov
Frederick Sexton Fields                ffields@cpdb.com
Rebecca M. Archer                      rmarcher@co.sanmateo.ca.us

Counsel are responsible for distributing a copy of this order to co-counsel that have not registered for e-filing.

Date:   8/26/2008                      TSF
                                       Chambers of Judge Whyte

ORDER DISMISSING CASE WITH PREJUDICE—05-02333 RMW
TSF                                                           2