E-filed: 8/26/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAREN DAVID-STAGG, | No. CV-05-02333 RMW |
| Plaintiff, | JUDGMENT |
| v. | |
| L. MARTINEZ, EARTHSEA MANAGEMENT, INC. dba REAL MUSIC, INC., TERENCE YALLOP, KAREN KAEL, PAUL STAVRAND, FRAN NELSON, and JOHN M. MANN | |
| Defendants. | |

On August 22, 2008 the court entered its order dismissing this case without prejudice for failure to diligently prosecute. Therefore,

Judgment is hereby entered in favor of defendants, and plaintiff is not entitled to any relief by way of its complaint.

DATED:     8/26/2008

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—05-02333 RMW
TSF                                    1

**THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WAS PROVIDED TO:**

**Plaintiff:**

Karin David-Stagg
c/o 1840 41st Avenue
#102-288
Capitola, CA 95010

**Counsel for Defendants:**

| | |
|---|---|
| Jay R. Weill | jay.weill@usdoj.gov |
| Frederick Sexton Fields | ffields@cpdb.com |
| Rebecca M. Archer | rmarcher@co.sanmateo.ca.us |

Counsel are responsible for distributing a copy of this order to co-counsel that have not registered for e-filing.

Date:  8/26/2008            TSF

                            Chambers of Judge Whyte

JUDGMENT—05-02333 RMW
TSF                                   2